FILED

JUN 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25 MJ 08005 |
| ) | Title 18, United States Code, |
| WALTER EAST, ) | Section 641 |
| ) | |
| Defendant. ) | MAG. JUDGE SHEPERD |

COUNTS 1–2

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges:

1. On or about each of the dates set forth below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant WALTER EAST, in a continuing course of conduct, knowingly and willfully embezzled, stole, purloined, and converted to his own use money of the United States or any department or agency thereof to wit: Paycheck Protection Program (PPP) benefits obtained by fraud from the Small Business Administration, each taking constituting a separate count of this Information:

| Count | Approximate Date(s) | Description of Taking |
|---|---|---|
| 1 | April 28, 2021 | ACH transfer of approximately $20,833 in PPP loan benefits |
| 2 | May 26, 2021 | ACH transfer of approximately $20,833 in PPP loan benefits |

All in violation of Title 18, United States Code, Sections 641.

                                        CAROL M. SKUTNIK
                                        Acting United States Attorney

By: *[signature]*
          Kelly L. Galvin
          Chief, General Crimes Unit